UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAYLA PHILLIPS,

      Plaintiff,

v.                                    Case No:  6:20-cv-911-Orl-37EJK

NORTH AMERICAN CREDIT
SERVICES, INC.; and JOHN DOES 1-25

      Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement (Doc. 17) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 13, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record